AJB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Linda Swanberg, Plaintiff, | ) | Court File No.: 00-327 DWF/AJB |
| v. | ) | **STIPULATION AND ORDER** |
| Northwest Airlines, Inc., a Minnesota Corporation, and Kari Kahl, individually, Defendants. | ) | |

RECEIVED
FEB 17 2000
U.S. DIST. COURT
MINNEAPOLIS, MN

The parties hereto, by and through their attorneys, do hereby stipulate that Defendants Northwest Airlines, Inc. and Kari Kahl are granted an extension of time to answer or otherwise plead in response to Plaintiff's Complaint, which response shall be served and filed on or before March 2, 2000.

Dated: February 17, 2000

MACKALL, CROUNSE & MOORE, PLC.

By: [signature]
Jonathan J. Hegre Reg. No. 290993
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55418
(612) 305-1400

ATTORNEY FOR PLAINTIFF

Dated: February 17, 2000

By: [signature]
Kari Kahl
713 South Second Avenue
Stillwater, MN 55082

FILED FEB 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DN: 79466

Dated: February 17, 2000

HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.

By: Kristin Jones Pierre

Tracy J. Van Steenburgh Reg. No. 141173
Kristin Jones Pierre Reg. No. 239045
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

ATTORNEYS FOR DEFENDANT NORTHWEST AIRLINES, INC.

**ORDER**

IT IS SO ORDERED:

Dated: 2/18/00

United States Magistrate Judge

DN: 79466