AJB

RECEIVED
MAR 02 2000
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Linda Swanberg, Plaintiff, | ) | Court File No.: 00-327 DWF/AJB |
| v. | ) | **STIPULATION AND ORDER** |
| Northwest Airlines, Inc., a Minnesota Corporation, and Kari Kahl, individually, Defendants. | ) | |

The parties hereto, by and through their attorneys, do hereby stipulate that, because Steven A. Smith of Nichols, Kaster & Anderson substituted as Plaintiff's counsel on February 29, 2000, Defendants Northwest Airlines, Inc. and Kari Kahl are granted an extension of time to answer or otherwise plead in response to Plaintiff's Complaint, which response shall be served and filed on or before March 16, 2000.

Dated: March 2, 2000

NICHOLS, KASTER & ANDERSON

By: [signature]
Steven A. Smith Reg. No. 260836
4644 IDS Center
80 South Fourth Street
Minneapolis, MN 55402
(612) 338-1919

ATTORNEY FOR PLAINTIFF

Dated: March 2, 2000

By: [signature]
Kari Kahl
713 South Second Avenue
Stillwater, MN 55082

MAR - 7 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

DN: 79466

Dated: March 2, 2000

HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.

By: Kristin Jones Pierre

Tracy J. Van Steenburgh Reg. No. 141173
Kristin Jones Pierre Reg. No. 239045
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

ATTORNEYS FOR DEFENDANT NORTHWEST AIRLINES, INC.

**ORDER**

IT IS SO ORDERED:

Dated: 3/6/00

United States Magistrate Judge

DN: 79466