RECEIVED
MAR 16 2000
CLERK U.S. DIST. COURT
ST.PAUL MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Linda Swanberg, Plaintiff, v. Northwest Airlines, Inc., a Minnesota Corporation, and Kari Kahl, individually, Defendants. | ) | Court File No.: 00-327 DWF/AJB<br><br>**STIPULATION TO SUBMIT TO BINDING ARBITRATION AND ORDER FOR A STAY PENDING ARBITRATION** |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that Plaintiff's Complaint in the above-entitled action be submitted to binding arbitration pursuant to the terms of the parties' employment agreement, and that this action therefore be stayed pending the arbitration.

Dated: March 16, 2000

NICHOLS, KASTER & ANDERSON

By: ______________________

James H. Kaster Reg. No. 53946
Steven A. Smith Reg. No. 260836
4644 IDS Center
80 South Fourth Street
Minneapolis, MN 55402
(612) 338-1919

ATTORNEYS FOR PLAINTIFF

FILED MAR 17 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

DN: 82899

Dated: March 16, 2000

HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.

By: *Kristin Jones Pierre*

Tracy J. Van Steenburgh Reg. No. 141173
Kristin Jones Pierre Reg. No. 239045
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

ATTORNEYS FOR DEFENDANT NORTHWEST AIRLINES, INC. and KARI KAHL

**ORDER**

IT IS SO ORDERED:

Dated: *March 17*, 2000

The Honorable United States Judge Donovan W. Frank