UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Swanberg,<br>Plaintiff,<br><br>v.<br><br>Northwest Airlines, Inc., a Minnesota Corporation, and Kari Kahl, individually,<br><br>Defendants. | Court File No.: 00-327 DWF/AJB<br><br>**STIPULATION TO DISMISS COUNTS 2-6 WITH PREJUDICE** and order |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and 54(b), that the following claims asserted in this case by Plaintiff are hereby dismissed with prejudice:

(1) Count 2, which alleges that Defendants Northwest Airlines, Inc. and Kari Kahl violated the Family Medical Leave Act, 29 U.S.C. § 2615(a)(1);

(2) Count 3, which alleges that Defendant Northwest Airlines, Inc. violated the Minnesota Sick and Injured Child Statute, Minn. Stat. § 181.9413;

(3) Count 4, which alleges that Defendants Northwest Airlines, Inc. and Kari Kahl violated the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.;

(4) Count 5, which alleges that Defendants Northwest Airlines, Inc. and Kari Kahl intentionally caused Plaintiff emotional distress; and

(5) Count 6, which alleges that Defendants Northwest Airlines, Inc. and Kari Kahl negligently caused Plaintiff emotional distress.

It is further stipulated and agreed that each party shall bear their own costs, disbursements, and attorney's fees with respect to these claims.

FILED APR 19 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD APR 19 2001
DEPUTY CLERK

DN: 115524

Dated: April 17, 2001

NICHOLS, KASTER & ANDERSON

By: ____________________

James H. Kaster Reg. No. 53946
Steven A. Smith Reg. No. 260836
4644 IDS Center
80 South Fourth Street
Minneapolis, MN 55402
(612) 338-1919

ATTORNEYS FOR PLAINTIFF

Dated: April 18, 2001

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON, P.A.

By: ____________________

Tracy J. Van Steenburgh Reg. No. 141173
Kristin Jones Pierre Reg. No. 239045
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

ATTORNEYS FOR DEFENDANTS NORTHWEST AIRLINES, INC. and KARI KAHL

DN: 115524

**ORDER**

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. Counts 2 through 6 in Plaintiff Linda Swanberg's Complaint are dismissed with prejudice, with Plaintiff and Defendant Northwest Airlines to bear their own costs, disbursements, and attorney's fees.

2. The court hereby determines, pursuant to Fed. R. Civ. P. 54(b), that there is no just reason for delay of entry of judgment on this Order for Dismissal of Counts 2 through 6 of Plaintiff's Complaint. Therefore, and also pursuant to Fed. R. Civ. P. 54(b), the Court hereby orders that judgment on this Order be entered immediately. Let judgment be entered accordingly.

Dated: Apr. 19, 2001

The Honorable United States Judge Donovan W. Frank