**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| LINDA SWANBERG,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWEST AIRLINES, INC.,<br>KARI KAHL,<br><br>Defendants. | File No. 00-CV-327 DWF/AJB |

**ORDER OF DISMISSAL WITH PREJUDICE**

Based upon the Stipulation Of Dismissal With Prejudice, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all of the claims asserted in this civil action by Plaintiff Linda Swanberg are hereby dismissed with prejudice and on the merits. Further, the parties shall bear their own costs, disbursements, and attorneys' fees in this civil action.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 15, 2001.

DONOVAN W. FRANK
United States District Judge

FILED JUN 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 18 2001
DEPUTY CLERK

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| LINDA SWANBERG,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWEST AIRLINES, INC.,<br>KARI KAHL,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 00-327 DWF/AJB |

STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that all claims asserted in this case by Plaintiff Linda Swanberg are hereby dismissed with prejudice and on the merits and, further, that all parties shall bear their own costs, disbursements, and attorneys' fees.

This 8th day of June, 2001.

Respectfully submitted,

James H. Kaster, Esq. (#53946)
Steven A. Smith, Esq. (#260836)
Nichols, Kaster, and Anderson
80 South Eighth Street, Suite 4644
Minneapolis, Minnesota 55402
(612) 338-1919

Attorneys for Plaintiff

Kurt J. Erickson (#158380)
Northwest Airlines, Inc.
5101 Northwest Drive
St. Paul, Minnesota 55111
(612) 727-9780

Attorneys for Defendants

FILED ______
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______